Charles E. Loudon
Register No. 04518-082
FMC Devens, Unit No. G-A
P.O. Box 879
Ayer, MA 01432-0889

FILED
IN CLERKS OFFICE

July 5, 2004

2004 JUL -9  P 1: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

Kathy Hassett, Deputy Clerk
United States District Court
595 Main Street
Worcester, MA 01608


Reference:   Charles E. Loudon v. David L. Winn, Warden
             Docket No.

Dear Ms. Hassett:

Thank you for your response dated June 29, 2004 to my petition.

Unfortunately, the information you seek is not readily available to me in my incarcerated status. Therefore, I cannot comply with your request.

I have instructed the BOP to issue you a check in the amount of $ 5.00 to cover the required filing fee.

The purpose of this letter is to alert you to the fact that this payment will be coming to you in this fashion, with **NO** accompanying paperwork and **NO** Court Docket Number.

Hopefully, you will be able to properly apply it and provide me with the Docket No. which will be assigned to this case - so that it may proceed properly.


Sincerely,

*Charles E Loudon*

Charles E. Loudon