

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS  02210

August 19, 2004

Mr. Charles E. Loudon
No. 04518-082
FMC Devens
P.O. Box 879
Ayer, MA  01432-0889

RE:  <u>Loudon v. Winn</u>, C.A. No. 04-40122-RCL

Dear Mr. Loudon:

The Court received your letter dated July 9, 2004 concerning payment of the filing fee for this action.  Your letter explains that you have requested that the Bureau of Prison's issue a check for payment of the $5.00 filing fee for this action.

Please note that the Court records indicate on July 19, 2004, the Court received payment of $5.00 (receipt number 404367).

I hope that this letter addresses your concerns.

Sincerely,

<u>/s Barbara Morse</u>
Barbara Morse
Pro Se Office