UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**CHARLES LOUDON**

V.                                    CIVIL ACTION NO. 04-40122-RCL

**DAVID L. WINN**

## JUDGMENT OF DISMISSAL

LINDSAY, D.J.

In accordance with the Court's Order of January 18, 2005 allowing the motion to dismiss of the defendant David L. Winn, Judgment is hereby entered as follows: Judgment for the defendant David L. Winn dismissing this action.

January 19, 2005

/s/ Lisa M. Hourihan
--------------------------
Deputy Clerk